# United States Court of Appeals
## For the First Circuit

No. 17-2095

IRMA YOLANDA AGUILAR-DE GUILLEN, et al.,

Petitioners,

v.

JEFFERSON B. SESSIONS III,
Attorney General of the United States,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on August 27, 2018, is amended as follows:

On page 2, line 3, change "Appeal" to "Appeals"